**KELLER LENKNER LLC**
Ashley C. Keller (*admitted pro hac vice)*
ack@kellerlenkner.com
Aaron M. Zigler (*admitted pro hac vice)*
amz@kellerlenkner.com
150 N. Riverside Plaza, Suite 4270
Chicago, IL 60606
Telephone: (312) 741-5220

**BROWNE GEORGE ROSS LLP**
Eric M. George (State Bar No. 166403)
egeorge@bgrfirm.com
Carl Alan Roth (State Bar No. 151517)
croth@bgrfirm.com
Ryan D. Evans (State Bar No. 295600)
revans@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

*Counsel for Matis Nayman and Proposed Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

SPENCER WONG, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

ARLO TECHNOLOGIES, INC., MATTHEW McRAE, CHRISTINE M. GORJANC, PATRICK C.S. LO, AND ANDREW W. KIM,

Defendants.

Case No. 5:19-cv-00372-BLF

**CLASS ACTION**

**STIPULATION AND [~~PROPOSED~~] ORDER TO STAY PROCEEDINGS TO PERMIT FILING OF A MOTION FOR PRELIMINARY APPROVAL OF CLASSWIDE SETTLEMENT**

Honorable Beth L. Freeman

The parties, by and through their respective counsel of record and subject to the Court's approval, stipulate that this action shall be stayed until March 30, 2020 to allow for the preparation and filing of a Motion for Preliminary Approval of Classwide Settlement, thereby conserving the parties' and Court's time and resources in the interest of judicial economy.

**SO STIPULATED AND AGREED**.

Dated: February 12, 2020

*/s/ Aaron M. Zigler*
Aaron M. Zigler
Keller Lenkner LLC
150 N. Riverside Plaza
Suite 4270
Chicago, IL 60606
*Counsel for Lead Plaintiff Matis Nayman and the Class*

Dated: February 12, 2020

*/s/ Koji F. Fukumura*
Koji F. Fukumura
Cooley Godward Kronish LLP
4401 Eastgate Mall
San Diego, CA 92121-9109
*Counsel for Defendants Arlo Technologies, Inc., Matthew McRae, Christine M. Gorjanc, Patrick C.S. Lo, and Andrew W. Kim*

Dated: February 12, 2020

*/s/ Catherine Moreno*
Catherine Moreno
*Counsel for Defendant Netgear, Inc.*
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050

Dated: February 12, 2020

*/s/ Craig J. Bergman*
Craig J. Bergman
Davis Polk and Wardwell LLP
450 Lexington Avenue
New York, NY 10017
*Counsel for Defendants Merrill Lynch, Pierce, Fenner & Smith, Inc., Deutsche Bank Securities, Inc., Guggenheim Securities, LLC, Raymond James & Associates, Inc., Cowen and Company, LLC, and Imperial Capital, LLC*

Case No. 5:19-cv-00372-BLF
STIPULATION AND [~~PROPOSED~~] ORDER TO STAY PROCEEDINGS TO PERMIT FILING OF A MOTION FOR PRELIMINARY APPROVAL OF CLASSWIDE SETTLEMENT

**SIGNATURE CERTIFICATION**

I, Aaron M. Zigler, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to Stay Proceedings to Permit Filing of a Motion for Preliminary Approval of Classwide Settlement. In compliance with Local Rule 5-1(i)(3), I hereby attest that counsel for Defendants' concur in this filing.

*/s/ Aaron M. Zigler*
Aaron M. Zigler

Case No. 5:19-cv-00372-BLF
STIPULATION AND [~~PROPOSED~~] ORDER TO STAY PROCEEDINGS TO PERMIT FILING OF A MOTION FOR PRELIMINARY APPROVAL OF CLASSWIDE SETTLEMENT
-2-

* * *

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 14, 2020

Hon. Beth Labson Freeman
United States District Judge