COOLEY LLP
Koji F. Fukumura (189719)
Peter M. Adams (243926)
Craig E. TenBroeck (287848)
4401 Eastgate Mall
San Diego, CA  92121
Tel./Fax: 858.550.6000/6420

*Attorneys for Defendants*
*Arlo Technologies, Inc., Matthew McRae, Christine M.*
*Gorjanc, Patrick C.S. Lo, and Andrew W. Kim*

[additional counsel on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SPENCER WONG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ARLO TECHNOLOGIES, INC.; MATTHEW McRAE; CHRISTINE M. GORJANC; PATRICK C.S. LO; ANDREW W. KIM; NETGEAR, INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; DEUTSCHE BANK SECURITIES INC.; GUGGENHEIM SECURITIES LLC; RAYMOND JAMES & ASSOCIATES, INC.; COWEN AND COMPANY, LLC; and IMPERIAL CAPITAL, LLC,<br><br>Defendants. | Case No. 5:19-cv-00372-BLF<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND STAY OF PROCEEDINGS TO PERMIT FILING OF A MOTION FOR PRELIMINARY APPROVAL OF CLASSWIDE SETTLEMENT** |

On February 13, 2020, the parties stipulated and agreed that, subject to Court approval, this action should be stayed until March 30, 2020 to allow for the preparation and filing of a Motion for Preliminary Approval of Classwide Settlement. On February 14, 2020, the Court granted the parties' proposed order. Since that time, the parties have been working diligently to prepare settlement documents that are acceptable to all parties. However, the parties believe that a modest extension of the deadline is necessary to complete this work. In light of the foregoing, the parties stipulate to and respectfully and jointly request that the Court issue an order extending the stay for an additional two weeks, until April 13, 2020.

**IT IS SO STIPULATED.**

Dated: March 26, 2020              **COOLEY LLP**

/s/Koji F. Fukumura

KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
PETER M. ADAMS (243926)
(padams@cooley.com)
CRAIG TENBROECK (287848)
(ctenbroeck@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Phone: (858) 550-6000
Fax: (858) 550-6420

*Attorneys for Defendants Arlo Technologies, Inc., Matthew McRae, Christine M. Gorjanc, Patrick C.S. Lo, and Andrew Kim*

| | | |
|---|---|---|
| 1 | Dated: March 26, 2020 | **DAVIS POLK & WARDELL LLP** |

*/s/Neal A. Potischman*

NEAL A. POTISCHMAN  (254862)
(neal.potischman@davispolk.com)
1600 El Camino Real
Menlo Park, CA  94025
Phone: (650)752.2000
Fax: (650)752.2111
DANA M. SESHENS (*pro hac vice*)
(dana.seshens@davispolk.com)
CRAIG J. BERGMAN (*pro hac vice*)
(craig.bergman@davispolk.com)
450 Lexington Avenue
New York, NY  10017
Phone: (212) 450-4000
Fax: (212) 701-5800

*Attorneys for Defendants
Merrill Lynch, Pierce, Fenner & Smith
Incorporated, Deutsche Bank Securities Inc.,
Guggenheim Securities LLC, Raymond James &
Associates, Inc., Cowen and Company, LLC, and
Imperial Capital, LLC*

Dated: March 26, 2020                **WILSON SONSINI GOODRICH & ROSATI**

*/s/Boris Feldman*

BORIS FELDMAN (128838)
(boris.feldman@wsgr.com)
CATHERINE MORENO (264517)
(cmoreno@wsgr.com)
DYLAN SAVAGE (310452)
(dsavage@wsgr.com)
650 Page Mill Road
Palo Alto, CA 94304
Phone: (650) 493-9300
Fax: (650) 564-5100

*Attorneys for Defendant NETGEAR, INC.*

Dated: March 26, 2020

**KELLER | LENKNER**

/s/Aaron Zigler

AARON M. ZIGLER (327318)
(amz@kellerlenkner.com)
150 N. Riverside Plaza, Suite 4270
Chicago, IL 60606
Phone: (312) 210-7278

*Attorney for Plaintiff and Lead Counsel for the Class*

**SIGNATURE CERTIFICATION**

I, Koji F. Fukumura, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to Extend Stay of Proceedings to Permit Filing of a Motion for Preliminary Approval of Classwide Settlement. In compliance with Local Rule 5-1(i)(3), I hereby attest that counsel for all parties concur in this filing.

*s/ Koji F. Fukumura*
Koji F. Fukumura

***

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 27, 2020

_____
Hon. Beth Labson Freeman
United States District Judge