**BROWNE GEORGE ROSS LLP**
Eric M. George (State Bar No. 166403)
  egeorge@bgrfirm.com
Carl Alan Roth (State Bar No. 151517)
  croth@bgrfirm.com
Ryan D. Evans (State Bar No. 295600)
  revans@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

**KELLER LENKNER LLC**
Ashley C. Keller
  ack@kellerlenkner.com
Aaron M. Zigler
  amz@kellerlenkner.com
150 N. Riverside Plaza, Suite 4270
Chicago, IL 60606
Telephone: (312) 741-5222

*Counsel for Matis Nayman and*
*Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| SPENCER WONG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ARLO TECHNOLOGIES, INC.; MATTHEW McRAE; CHRISTINE M. GORJANC; PATRICK C.S. LO; ANDREW W. KIM; NETGEAR, INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; DEUTSCHE BANK SECURITIES INC.; GUGGENHEIM SECURITIES LLC; RAYMOND JAMES & ASSOCIATES, INC.; COWEN AND COMPANY, LLC; and IMPERIAL CAPITAL, LLC,<br><br>Defendants. | Case No. 5:19-cv-00372-BLF<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER TO EXTEND STAY OF PROCEEDINGS TO PERMIT FILING OF A MOTION FOR PRELIMINARY APPROVAL OF CLASSWIDE SETTLEMENT**<br><br>Honorable Beth L. Freeman |

On February 13, 2020, the parties stipulated and agreed that, subject to Court approval, this action should be stayed until March 30, 2020 to allow for preparation and filing of a Motion for Preliminary Approval of Class Settlement.  On February 14, 2020, the Court granted the parties' proposed order.  On March 27, 2020, and April 10, 2020, this Court granted extensions of the stay. The stay is currently in place until April 27, 2020.  The parties have been working diligently to prepare settlement documents that are acceptable to all parties.  However, the parties require additional time to finalize the settlement documents given the extenuating global circumstances and number of parties involved.  In light of the foregoing, the parties stipulate to and respectfully and jointly request that the Court issue an order extending the stay for an additional one month, to May 27, 2020.  Defendants shall have no obligation to respond to the Second Amended Complaint (Dkt. No 114).  If and when the stay expires, the parties shall meet and confer on an appropriate briefing schedule.

**IT IS SO STIPULATED.**

Dated: April 27, 2020    **KELLER LENKNER LLC**

*/s/Aaron M. Zigler*

Ashley C. Keller (*pro hac vice*)
 ack@kellerlenkner.com
Aaron M. Zigler (327318)
 amz@kellerlenkner.com
150 N. Riverside Plaza, Suite 4270
Chicago, IL 60606
Telephone: (312) 741-5222

*Counsel for Matis Nayman and*
*Lead Counsel for the Class*

Dated: April 27, 2020    **COOLEY LLP**

*/s/ Koji F. Fukumura*

Koji F. Fukumura (189719)
 kfukumura@cooley.com
Peter M. Adams (243926)
 padams@cooley.com
Craig Tenbroeck (287848)
 ctenbroeck@cooley.com

Case No. 5:19-cv-00372-BLF

|   |   |   |
|---|---|---|
| 1 | | 4401 Eastgate Mall |
| 2 | | San Diego, CA 92121 |
|   | | Phone: (858) 550-6000 |
| 3 | | Fax: (858) 550-6420 |
| 4 | | *Attorneys for Defendants Arlo Technologies, Inc., Matthew McRae, Christine M. Gorjanc, Patrick C.S. Lo, and Andrew Kim* |
| 5 | | |
| 6 | | |
| 7 | Dated: April 27, 2020 | **DAVIS POLK & WARDELL LLP** |
| 8 | | */s/Neal A. Potischman* |
| 9 | | Neal A. Potischman (254862) |
|   | |   neal.potischman@davispolk.com |
| 10 | | 1600 El Camino Real |
|   | | Menlo Park, CA 94025 |
| 11 | | Phone: (650)752.2000 |
|   | | Fax: (650)752.2111 |
| 12 | | |
| 13 | | Dana M. Seshens (*pro hac vice*) |
|   | |   dana.seshens@davispolk.com |
| 14 | | Craig J. Bergman (*pro hac vice*) |
|   | |   craig.bergman@davispolk.com |
| 15 | | 450 Lexington Avenue |
|   | | New York, NY 10017 |
| 16 | | Phone: (212) 450-4000 |
|   | | Fax: (212) 701-5800 |
| 17 | | |
| 18 | | *Attorneys for Defendants Merrill Lynch, Pierce, Fenner & Smith Incorporated, Deutsche Bank Securities Inc., Guggenheim Securities LLC, Raymond James & Associates, Inc., Cowen and Company, LLC, and Imperial Capital, LLC* |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | Dated: April 27, 2020 | **WILSON SONSINI GOODRICH & ROSATI** |
| 23 | | */s/ Boris Feldman* |
| 24 | | Boris Feldman (128838) |
|   | |   boris.feldman@wsgr.com |
| 25 | | Catherine Moreno (264517) |
|   | |   cmoreno@wsgr.com |
| 26 | | Dylan Savage (310452) |
|   | |   dsavage@wsgr.com |
| 27 | | 650 Page Mill Road |
|   | | Palo Alto, CA 94304 |
| 28 | | Phone: (650) 493-9300 |

Fax: (650) 564-5100

*Attorneys for Defendant NETGEAR, INC.*

**SIGNATURE CERTIFICATION**

I, Aaron M. Zigler, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to Extend Stay of Proceedings to Permit Filing of a Motion for Preliminary Approval of Classwide Settlement. In compliance with Local Rule 5-1(i)(3), I hereby attest that counsel for all parties concur in this filing.

                                                       */s/Aaron M. Zigler*

                                                       Aaron M. Zigler

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

***

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __April 28__, 2020      _____

Hon. Beth Labson Freeman
United States District Judge