**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

|  |  |
|---|---|
| SPENCER WONG, et al., | Case No.  19-cv-00372-BLF |
| Plaintiffs, | |
| v. | **ORDER REQUIRING CORRECTION TO FINAL APPROVAL HEARING TIME** |
| ARLO TECHNOLOGIES, INC., et al., | |
| Defendants. | |

The Court has received Plaintiffs' modified preliminary approval documents. ECF 132. Plaintiffs misstate the time of the final approval hearing, which is **March 11, 2021, at 1:30 p.m.** The Court has corrected the time in the preliminary approval order. *See* ECF 133. Plaintiffs are to update all other documents with the correct time.

Dated: September 24, 2020

_____
BETH LABSON FREEMAN
United States District Judge