1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

SPENCER WONG, et al.,

          Plaintiffs,

     v.

ARLO TECHNOLOGIES, INC., et al.,

          Defendants.

Case No.  19-cv-00372-BLF

**JUDGMENT**

For the reasons set forth in this Court's Final Approval Order, in the above-captioned matter as to the following class of persons:

> all persons or entities who purchased or otherwise acquired Arlo common stock during the period from August 3, 2018 through December 2, 2018, inclusive (the "Class Period"), including stock purchased in or traceable to the public offering of Arlo common stock conducted on or around August 7, 2018 (the "IPO"), and were damaged thereby.

JUDGMENT IS HEREBY ENTERED, pursuant to Federal Rule of Civil Procedure 58, as to the above-specified classes of persons, Plaintiff Matis Nayman ("Plaintiff"), and Defendants Christine M. Gorjanc, Andrew W. Kim, Patrick C.S. Lo, and Matthew McRae, Merrill Lynch, Pierce, Fenner & Smith, Inc., Deutsche Bank Securities, Inc., Guggenheim Securities, LLC, Raymond James & Associates, Inc., Cowen and Company, LLC, and Imperial Capital, LLC, and Arlo Technologies Inc., (collectively, "Defendants") on the terms and conditions of the Settlement Agreement and Release (the "Settlement Agreement") approved by the Court's Final Approval Order, dated March 25, 2021.

    1. The Court, for purposes of this Final Judgment, adopts the terms and definitions set

forth in the Settlement Agreement incorporated into the Final Approval Order.

2. All Released Claims of the Releasing Parties are hereby released as against Defendants and the Released Parties, as defined in the Settlement Agreement.

3. The claims of Plaintiff and the Settlement Class are dismissed on the merits and with prejudice in accordance with the Court's Final Approval Order.

4. Attorney's Fees, Payment of Expenses, Service Award, and Settlement Administrator costs are awarded as set forth in the Final Approval Order.

5. The Parties shall bear their own costs and attorneys' fees, except as otherwise set forth in the Final Approval Order.

6. This document constitutes a final judgment and separate document for purposes of Federal Rule of Civil Procedure 58(a).

7. The Court finds, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, that this Final Judgment should be entered and that there is no just reason for delay in the entry of this Final Judgment as to Plaintiff, the Settlement Class, and Defendants. Accordingly, the Clerk is hereby directed to enter Judgment forthwith.

**IT IS SO ORDERED.**

Dated: March 25, 2021

_____
BETH LABSON FREEMAN
United States District Judge